

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00037-CV

**IN THE INTEREST OF A. N., ET AL., CHILDREN**,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-01-24656-CV
Honorable Cathy Morris, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

This is an appeal from an order terminating parental rights. On January 8, 2019, an associate judge signed an order terminating appellant's parental rights. Appellant timely requested a de novo hearing before the district court and, on January 15, 2019, the district court held a de novo hearing. *See* TEX. FAM. CODE ANN. § 201.015 (allowing parties to request a de novo hearing before the referring court). At the end of the de novo hearing, the district court informed the parties that it was terminating appellant's parental rights, but it did not immediately sign a termination order. On January 16, 2019, appellant filed a notice of appeal, which complains of both the associate judge's order and the district court's decision to uphold the associate judge's order. After the clerk's record and the reporter's record were filed, the parties filed their briefs and we set this appeal for submission.

Thereafter, appellee filed a written notice in this court claiming that this appeal is premature because the district court had not yet signed a termination order. However, this appeal is no longer premature. A supplemental clerk's record has been filed and it contains an order terminating parental rights signed by the district court on March 6, 2019. This order states that a "record of testimony was duly reported by the court reporter." It further states that the district court "examined the record and heard the evidence and argument of counsel."

Because the reporter's record filed in this appeal does not include the reporter's record of the district court's de novo hearing, the reporter's record filed in this appeal is incomplete. Therefore, we ORDER the court reporter to file, **on or before April 17, 2019**, a supplemental reporter's record consisting of the reporter's record of the district court's de novo hearing held on January 15, 2019. *See* TEX. R. APP. P. 38.6 (providing that the appellate court may direct the court reporter to prepare and file a supplemental reporter's record containing omitted items).

Because the parties did not have the benefit of the supplemental reporter's record when they originally briefed this appeal, we will provide them an opportunity to amend or supplement their briefs. *See* TEX. R. APP. P. 38.7 (providing that a brief may be amended or supplemented whenever justice requires on terms prescribed by the appellate court). Appellant may file an amended or supplemental brief no later than twenty (20) days after the reporter's record is filed. If appellant decides not to file an amended or supplemental brief, he must notify, in writing, the clerk of this court no later than twenty (20) days after the supplemental reporter's record is filed. Appellee may file an amended or supplemental brief no later than forty (40) days after the reporter's record is filed. If appellee decides not to file an amended or supplemental brief, it must notify, in writing, the clerk of this court no later than forty (40) days after the supplemental reporter's record is filed.

We WITHDRAW the March 26, 2019 submission date for this appeal. After the supplemental reporter's record is filed and any additional briefing is completed, we will notify the parties of this appeal's new submission date.

It is so ORDERED on April 3, 2019.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court